UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------X
LOUIS A. PICCONE,

        Plaintiff,                                Docket No.:

V.

ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS,

And,

JUDICIAL CONFERENCE OF
THE UNITED STATES,

        Defendants.
-----------------------------------------------X

**PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT OF DECLARATORY JUDGEMENT CONTAINED IN CAUSE II OF PLAINTIFF'S COMPLAINT**

Plaintiff-Appellant Louis A. Piccone, hereby motions the Court to for a judicial declaration under the Declaratory Judgment Act, 28 U.S.C. Sections 2201-2202 that:

> An out of state attorney does not engage in the unauthorized practice of law when he/she submits a complaint to the United States District Court for the District of Massachusetts under the names and signatures of pro se litigants, which complaint additionally includes the out of state attorney's signature and name over the statement "pending admission pro hac vice".

In support whereof Plaintiff submits the attached brief, incorporated herein in it's entirety, explaining in detail the reasons why the requested declaration should be issued.

*[Handwritten annotation:]* DENIED, without prejudice. The complaint and this motion raise potential issues of fact, especially regarding the circumstances of Plaintiff's legal work, the require exploration through discovery. So ordered. Michael A. Ponsor USDJ
3-11-14